[No. 11566-9-I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN
MANUEL ANGULO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03361-6, Rosselle Pekelis, J., entered March 19, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Callow, JJ.

[No. 11809-9-I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK
JACOB ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89898, Francis E. Holman, J., entered May 24, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Callow, JJ.

[No. 10412-8-I. Division One. July 27, 1983.]

DONALD G. GILBERTSON, *Respondent,* v. KEITH
BUECHEL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-2-01968-4, Dennis J. Britt, J., entered May 18, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., Williams, J., dissenting.